UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-26875 |
| MARY SOPCIC | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING FINAL FEE APPLICATION OF NEAL, GERBER & EISENBERG LLP FOR ALLOWANCE OF COMPNESATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR THE PERIOD FROM JULY 1, 2013 THROUGH AND INCLUDING MARCH 10, 2014**

This cause coming to be heard on the Final Fee Application of Neal, Gerber & Eisenberg LLP ("NGE") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period from July 1, 2013 Through and Including March 10, 2014 (the "Application"); copies of the Application having been served on the proper parties; due notice of the Application having been provided; and no further notice being necessary; the Court having held a hearing on the Application on April 9, 2014; the Court finding that the Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b); the Court having heard the statements of counsel and having been otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided herein.

2. NGE, having requested final compensation in the amount of $291,448, is allowed final compensation as counsel to the Debtor in the amount of ~~$291,448~~ $289,137.30 for services performed for the Debtor from July 1, 2013 through March 10, 2014.

3. NGE, having requested final reimbursement of expenses in the amount of $2,128, is allowed $2,128 for final reimbursement of expenses incurred from July 1, 2013 through March 10, 2014. Accordingly, the total amount awarded to NGE pursuant to this Order is ~~$293,576~~ $291,265.30.

4. ~~NGE is authorized to apply retainers held by NGE in the amount of $293,576 to the foregoing award.~~

5. This Order is a final Order and is effective immediately.

Enter: /s/ Eugene R. Wedoff

Dated: 9 APR 2014

United States Bankruptcy Judge

**Prepared by:**

Rev: 20120209_bko

Lawrence M. Benjamin (ARDC #6196417)
Thomas C. Wolford (ARDC #06194526)
Neal, Gerber & Eisenberg LLP
Two North LaSalle St., Ste 1700
Chicago, Illinois  60602-3801
(312) 269-8000
(312) 269-1747 (facsimile)

Attorneys for Reorganized Debtor