B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–26875**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary Sopcic
6312 N. Pulaski #1
Chicago, IL 60646

Social Security / Individual Taxpayer ID No.:
xxx–xx–6366

Employer Tax ID / Other nos.:


## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: 4/30/14

Eugene R. Wedoff
United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-26875-ERW
Mary Sopcic                                                         Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 3              Date Rcvd: Apr 30, 2014
                              Form ID: b18ri             Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2014.
```
db         +Mary Sopcic,    6312 N. Pulaski #1,   Chicago, IL 60646-4512
20688587   +1111 W. 22nd Street, Suite 800,   Oak Brook, IL 60523-1936
20834456   +1123 W. Northshore LLC,    1427 W. Joneway Terrace,   Chicago, IL 60626-1200
20834450   +2x10 Nail Salon,    1107 Waukegan Rd., Unit A,   Glenview, IL 60025-3000
20834454   +5129 S. Harper LLC,    2400 W. Madison, #1A,   Chicago, IL 60612-2179
20834455   +77th & Stewart LLC,    2400 W. Madison, #1A,   Chicgo, IL 60612-2179
20834458   +922 W. Eastwood LLC,    2400 W. Madison, #1A,   Chicago, IL 60612-2179
20685866   +All Types Elevator,    11105 S. Nashville Rd,   Worth, IL 60482-1951
21534406   +All-Types Elevators, Inc.,    C/O Laurie A. Silvestri,    70 West Madison St., Ste 1515,
             Chicago, IL 60602-4207
20685872   +American Express,    P.O. Box 0001,   Los Angeles CA 90096-8000
21116505    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20832077   +Associated Bank,    P O BOX 19097,   Green Bay, WI 54307-9097
20776199   +Associated Bank, National Association,    520 Lake Cook Road, Suite 375,
             Deerfield, IL 60015-5606
20688591   +Associated Bank, National Association,    AON Building,    200 E. Randolph Drive, 69th Floor,
             Chicago, IL 60601-6405
21364056   +Associated Bank, National Association,    Thomas P. Duffy,    Phillip W. Nelson,
             Edwards Wildman Palmer LLP,    225 W. Wacker Drive,   Chicago, IL 60606-1224
20688594   +BAC Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
20685864  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:  Bank of America,    P.O. 982235,    El Paso TX 79998)
20842167   +Bank of America, N.A.,    c/o Johnson, Blumberg & Associates, LLC,    230 W. Monroe, Ste. 1125,
             Chicago, IL 60606-4723
20834461   +Beech Street Capital,    P O BOX 12209,   Newark, NJ 07101-3422
20834457   +Broadmoor Parners LLC,    2400 W. Madison, #1A,   Chicago, IL 60612-2179
20834459   +CIC,    222 S. Riverside Plaza, Ste 2200,   Chicago, IL 60606-6101
20834426    Carmen Espinal COstales,    2829 W. Chase,   Chicago, IL 60645
20685868   +Chase Bank,    P.O. Box 15153,   Wilmington DE 19886-5153
20685990   +Chicago Title Land Trust(Madison),    10 S. LaSalle St. Suite 2750,    Chicago, IL 60603-1108
20688593   +Cisco, Inc,    1702 Townhurst Dr.,   Houston, TX 77043-2811
20705166   +City of Chicago Department of Finance,    Bureau of Water Billing, Noticing,
             and Customer Service,    333 South State Street - Suite 330,    Chicago, Illinois - IL 60604-3965
20688578   +City of Chicago Water Dept.,    P.O. Box 6330,   Chicago, IL 60680-6330
20685870   +City of Water Dept(Stewart),    P.O. Box 6330,   Chicago, IL 60680-6330
21356263   +Commuinity Investment Corporation,    C/O Hauselman, Rappin & Olswang, Ltd,
             39 S. LaSalle Street, Suite 1105,   Chicago, IL 60603-1720
20686002   +Community Investment Corp,    222 S. Riverside Plaza,    Suite 2200,   Chicago, Il 60606-6101
20832081   +Cook County,    P O BOX 805438,   Chicago, IL 60680-4155
20834425   +Darian Sayfi,    2400 W. Madison St Unit 709,   Chicago, IL 60612-2184
20685859   +Dennis Spocic & Lora Sopcic, Jointly,    7308 N. Lowell,    Lincolnwood, IL 60712-1926
20685865   +Dimensions SCS, Inc,    1940 Cherry Lane, Suite 111,    Northbrook, IL 60062-3674
20688570   +Dimensions SCS, Inc.,    1940 Cherry Lane, # 111,   Northbrook, IL 60062-3674
21120414    Dragica Sopcic,    5733 W. Sheridan,   Chicago, IL 60660
21469305    Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 2008,
             Grand Rapids, MI 49501-2008
21357103    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicagoo, IL  60664-0338
20688573   +JEM Mechanical (Madison and Stewart),    1084 Florida Lane,    Elk Grove Village, IL 60007-2959
20685863   +JEM Mechanical, Inc.,    1084 Florida Lane,   Elk Grove Village, IL 60007-2959
20834428   +Jacob Pomeranz,    25 E. Washington St., Suite 1400,    Chicago, IL 60602-1803
21120409   +John Sopcic,    3457 Crain,   Skokie, IL 60076-2410
20685867   +Kellie Germond(Glenview),    4925 Bonito Dr.,   New Port Richey, FL 34652-4408
20834452   +Kenneth Roberts,    6312 N. Pulaski,   Chicago, IL 60646-4512
20834427   +Lawrence Ordower,    25 E. Washington St Suite 1400,    Chicago, IL 60602-1803
20832191   +Lawrence Tobiasz,    and Sharon Kozak Tobiasz,    6112 N. Pulaski Road,   Chicago, IL 60646
20834423   +Ljubomir Spocic,    6312 N. Pulaski Road,   Chicago, IL 60646-4512
21002626   +MSK North Kenmore 1 LLC,    c/o Ginsberg Jacobs LLC,    300 South Wacker Drive, Suite 2750,
             Chicago, Illinois 60606-6782
20861535   +MSK North Kenmore LLC,    Thomas M. Lombardo, Ginsberg Jacobs LLC,    300 S. Wacker, Suite 2750,
             Chicago, Illinois 60606-6782
20686004   +MSK Property Holdings LLC,    Two Prudential Plaza,    180 N Stetson Suite 4500,
             Chicago, IL 60601-6717
20688588    MSK Property Holdings LLC,    Two Prudential Plaza,    80 N. Stetson, Suite 4500,
             Chicago, IL 60601
20834453   +Madison Western LLC,    2400 W. Madison, #1A,   Chicago, IL 60612-2179
20834449   +Mary Sopcic,    6312 N. Pulaski Road,   Chicago, IL 60646-4512
20832189   +Michael Grgurich and Kathleen,    Gregurich, Jointly,    1084 Florida Lane,
             Elk Grove Village, IL 60007-2959
20685871   +Mike Braun & Associates,    33 N Dearborn St.,   Chicago, Il 60602-3102
21120411   +Milena Sopcic,    3457 Crain,   Skokie, IL 60076-2410
20832188    Muriz Hidic and Dika Hidic jointly,    6060 N. Kenmore Unit 102,    Chicago, IL 60660
21102789   +Muriz and Dika Hidic,    c/o Mirsad Cerimovic of Stellar,    Property Group, Inc.,
             5107 N. Western Ave.,   Chicago, IL 60625-6996
21102788   +Muriz and Dika Hidic,    1421 W. Howard,   Evanston, IL 60202-3777
```

```
District/off: 0752-1          User: mhenley             Page 2 of 3             Date Rcvd: Apr 30, 2014
                              Form ID: b18ri            Total Noticed: 94

20834460     +North Community Bank,    Joel A. Stein,    Deutsch, Levy & Engel,    225 West Washington Street,
               Chicago, IL 60606-3482
20832076     +Northbrook Bank,    2300 W. Lawrence,    Chicago, IL 60625-1914
20729343     +Northbrook Bank & Trust Company,    Matthew S. Johns,    Thompson Coburn LLP,    55 E. Monroe Street,
               37th Floor,    Chicago, IL 60603-6029
20729577     +Northbrook Bank & Trust Company,    Todd A. Rowden,    Thompson Coburn LLP,
               55 E. Monroe St. 37th Fl,    Chicago, IL 60603-6029
20688568     +Northbrook Bank & Trust Company,    2247 W. Lawrence,    Chicago, IL 60625-1903
20685857     +Northbrook Bank & Trust Company,    c/o Francis X. Buckley, Jr,    Thompson Coburn LLP,
               55 E Monroe Street 37th Floor,    Chicago, IL 60603-6029
20686003     +Oxford Bank,    P.O. ox 129,    Addison, IL 60101-0129
20688585     +Oxford Bank & Trust,    P.O. Box 129,    Addison, IL 60101-0129
20719555     +Oxford Bank & Trust,    Devon J. Eggert,    c/o Freeborn & Peters LLP,
               311 South Wacker Drive, Suite 300,     Chicago, Illinois 60606-6699
20904721     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
20688595     +PNC,    P.O. Box 856177,    Louisville, KY 40285-6177
20862020     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
20688581     +Peoples Gas (Stewart and Eastwood),    130 E. Randolph,    Chicago, IL 60601-6207
20685873      Peoples Gas(Stewart),    1130 E. Randolph,    Chicago, Il 60601
20688590     +RBS Citizens, N.A.,    1215 Superior Avenue,    Cleveland, OH 44114-3257
20992814     +RF Glenview LLC,    c/o Abraham Brustein,    DiMonte & Lizak LLC,    216 W. Higgins Rd.,
               Park Ridge, IL 60068-5706
20686005     +RF Glenview, LLC,    Abraham Brustein,    DiMonte & Lizak, LLC,    216 W. Higgins Road,
               Park Ridge, IL 60068-5706
20688589      RF Glenview, LLC,    1144 W. Fulton, Ste. 210,    Chicago, IL 60607
20832192     +Richard Sala,    1146 W. Columbia #3E,    Chicago, IL 60626-5774
20685858     +Richard Sala,    a/k/a as Ryszard Sala,    1146 W. Columbia 3F,    Chicago, Il 60626-4557
20688569     +Richard Sala a/k/a as Ryszard Sala,    1146 W. Columbia 3E,    Chicago, IL 60626-5774
20688582     +Rogers Law Group,    2275 Half Day Rd.,    Bannockburn, IL 60015-1217
20686001     +Rogers Law Group,    707 Lake Cook Road,    Suite 312,    Deerfield, IL 60015-4933
20832190     +Ryszard Sala,    1146 W. Columbia Unit 3E,    Chicago, IL 60626-5774
21604984      SALA ELECTRICAL SERVICES INC.,    1146 N COLUMBIA 3E,    CHICAGO, IL 60626
20685861     +Sala Electric (Eastwood),    1146 W. Columbia 3E,    Chicago, IL 60626-5774
20688571     +Sala Electric (Madison and Eastwood),    1146 W. Columbia 3E,    Chicago, IL 60626-5774
20685860     +Sala Electric (Madison),    1146 W. Columbia 3E,    Chicago, Il 60626-5774
20834451     +Sweet Dreams Cafe, Inc.,    2400 W. Madison St. Ste 1A,    Chicago, IL 60612-2179
20688592     +The First Commercial Bank,    3639 N. Broadway,    Chicago, IL 60613-4421
20685862     +Tobiasz Mechanical (Madison),    1427 W. Juneway Terrace,    Chicago, IL 60626-1200
20834424     +Tugomir Rados & :Lkiboca Radps,    5620 N. Kenmore,    Chicago, IL 60660-4634
20688596     +Wheeler Financial Inc.,    120 N. La Salle St. 13 1350,    Chicago, IL 60602-2424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20688597     +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 01 2014 01:20:46      Cook County Treasurer,
               118 N. Clark, Ste 112,    Chicago, IL 60602-1590
20830105      E-mail/Text: cio.bncmail@irs.gov May 01 2014 01:19:11
               Department of Treasury  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA  19101-7346
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20688598       NGEDOCS: 2097938.4
20688599       NGEDOCS: 2097938.4
20762264       Northbrook Bank & Trust Company
20688586       and/or
20688575*    +All Types Elevator,    11105 S. Nashville Rd.,    Worth, IL 60482-1951
20688580*    +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
20688574*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
20688577*    +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
20688583*    +Chicago Title Land Trust (Madison),    10 S. LaSalle St. Suite 2750,    Chicago, IL 60603-1108
20688584*    +Community Investment Corp.,    222 S. Riverside Plaza, Suite 2200,    Chicago, IL 60606-6101
20688576*    +Kellie Germond (Glenview),    4925 Bonito Dr.,    New Port Richey, FL 34652-4408
20688579*    +Mike Braun & Associates,    33 N. Dearborn St.,    Chicago, IL 60602-3102
20688572*    +Tobiasz Mechanical (Madison),    1427 W. Juneway Terrace,    Chicago, IL 60626-1200
                                                                                     TOTALS: 4, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: mhenley              Page 3 of 3           Date Rcvd: Apr 30, 2014
                             Form ID: b18ri             Total Noticed: 94
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2014                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2014 at the address(es) listed below:

    Abraham Brustein, ESQ   on behalf of Creditor   RF Glenview LLC abrustein@dimonteandlizak.com, jhutter@dimontelaw.com
    Devon J Eggert    on behalf of Creditor   Oxford Bank & Trust deggert@freeborn.com, bkdocketing@freeborn.com
    Francis X Buckley, Jr.    on behalf of Creditor   Northbrook Bank & Trust Co. fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
    Joel A Stein    on behalf of Creditor   North Community Bank joelastein@dlec.com
    Julia Jensen Smolka    on behalf of Creditor   RF Glenview LLC jjensen@dimonteandlizak.com
    Keara Roethke    on behalf of Creditor   MSK North Kenmore I, LLC kroethke@ginsbergjacobs.com, aseper@ginsbergjacobs.com
    Keara Roethke    on behalf of Creditor   MSK North Kenmore, LLC kroethke@ginsbergjacobs.com, aseper@ginsbergjacobs.com
    Kenneth W Bach    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
    Kenneth W Bach    on behalf of Creditor   Bank of America, N.A. kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
    Lawrence M. Benjamin    on behalf of Debtor Mary  Sopcic lbenjamin@ngelaw.com, rwills@ngelaw.com
    Mark E Leipold    on behalf of Interested Party Donald A. Shapiro mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
    Matthew Johns    on behalf of Creditor   Northbrook Bank & Trust Co. mjohns@thompsoncoburn.com, vbedgood@thompsoncoburn.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
    Phillip W. Nelson    on behalf of Creditor   Associated Bank, National Association pnelson@edwardswildman.com, ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
    Rick L Rogers    on behalf of Creditor George H. Olsen cshepard@therogerslawgroup.com, ECFnotices@therogerslawgroup.com
    Steven R Rappin    on behalf of Creditor   Community Investment Corporation dolswang@hrolaw.com, rarredondo@hrolaw.com
    Thomas C. Wolford    on behalf of Debtor Mary  Sopcic twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
    Thomas M Lombardo    on behalf of Creditor   MSK North Kenmore, LLC tlombardo@ginsbergjacobs.com
    Thomas M Lombardo    on behalf of Creditor   MSK North Kenmore I, LLC tlombardo@ginsbergjacobs.com
    Todd A Rowden    on behalf of Creditor   Northbrook Bank & Trust Co. trowden@thompsoncoburn.com, cmitchell@thompsoncoburn.com

                                                                                     TOTAL: 20